**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JUSTIN BURNS                                                                          PETITIONER
ADC #146885

VS.                                          4:20-CV-00781-JM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed, though Mr. Burns did file a Motion for Permission to File a Motion for Writ Error Coram Nobis (Doc. No. 4).[1]  After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 1*, are DISMISSED, WITHOUT PREJUDICE;

2.      The Motion for Permission to File a Motion for Writ Error Coram Nobis (doc. No. 4) is DENIED;  and

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] He may have intended to file this document with the Supreme Court of Arkansas, as that is the court the motion is addressed to.