UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN BURNS                                                                                                    PETITIONER
ADC #146885

VS.                                            4:20-CV-00781-JM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                         RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, without prejudice.

DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE